LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BENNIE THOMAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMESITE INSURANCE COMPANY d/b/a ROOT; a foreign corporation; DOES I through X, and ROE CORPORATIONS I through X,<br><br>    Defendant. | Case No.: 2:25-cv-01198-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS**<br>**[ECF No. 8]**<br><br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED by and between Plaintiff BENNIE THOMAS, by and through his attorneys of record, LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant HOMESITE INSURANCE COMPANY, by and through its attorneys of record, JONATHAN W. CARLSON, ESQ., CHERYL A. GRAMES, ESQ., and MANDY VOGEL, ESQ., of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, to continue the briefing deadlines regarding Defendant's Motion to Dismiss Plaintiff's Extra-Contractual Causes of Action Pursuant to Fed. R. Civ. P. 12(B)(6) [ECF No. 8].

    The parties have engaged in settlement discussions. Given scheduling conflicts of Defendant's representatives, the parties seek an additional 14 days to discuss settlement prior to Plaintiff filing his Opposition to the Motion constituting good cause to extend the current

-1-

Opposition deadline from July 30, 2025 to August 13, 2025. Defendant's Reply will be due August 20, 2025. The instant stipulation is submitted in good faith in order to fully brief and adjudicate the Motion and not for the purpose of undue delay.

| Dated: July 28th, 2025 | Dated: July 28th, 2025 |
|---|---|
| **JENNINGS & FULTON, LTD.** | **McCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP** |
|   |   |
| /s/ Logan G. Willson, Esq. | /s/ Jonathan W. Carlson, Esq. |
| Logan G. Willson, Esq. | Jonathan W. Carlson, Esq. |
| Nevada Bar No. 14967 | Nevada Bar No. 10536 |
| logan@jfnvlaw.com | Cheryl A. Grames, Esq. |
| 2580 Sorrel Street | Nevada Bar No. 12752 |
| Las Vegas, Nevada 89146 | Mandy Vogel, Esq. |
| *Attorneys for Plaintiff* | Nevada Bar No. 16150 |
| | 8337 West Sunset Road, Suite 350 |
| | Las Vegas, Nevada 89113 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: July 29, 2025

-2-