# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENNIE THOMAS,<br>　　Plaintiff(s),<br>v.<br>HOMESITE INSURANCE COMPANY,<br>　　Defendant(s). | Case No. 2:25-cv-01198-APG-NJK<br><br>**Order** |

　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 15, 2025.

　　IT IS SO ORDERED.

　　Dated: September 8, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1