<a>

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    *jonathan.carlson@mccormickbarstow.com*
   Cheryl A. Grames
4  Nevada Bar No. 12752
     *cheryl.grames@mccormickbarstow.com*
5  Mandy Vogel
   Nevada Bar No. 16150
6    *mandy.vogel@mccormickbarstow.com*
   7160 Rafael Rivera Way, Suite 320
7  Las Vegas, Nevada 89113
   Telephone:   (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for Defendant Homesite Insurance
   Company dba Root

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BENNIE THOMAS, an individual, | Case No. 2:25-cv-01198-APG-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| v. | |
| HOMESITE INSURANCE COMPANY d/b/a ROOT; a foreign corporation; DOES I through X, and ROE CORPORATIONS I through X, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by Plaintiff BENNIE THOMAS, by and through his counsel of record, and Defendant HOMESITE INSURANCE COMPANY d/b/a ROOT, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant HOMESITE INSURANCE COMPANY d/b/a ROOT, the parties to bear their own costs and attorneys' fees.

Dated: October 15, 2025

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Mandy Vogel
Nevada Bar No. 16150
Attorneys for Defendant Homesite Insurance Company d/b/a Root

Dated: October 15, 2025

JENNINGS & FULTON, LTD.

By: /s/Logan G. Willson
Logan G. Willson, Esq.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 979-3565
Attorneys for Plaintiff Bennie Thomas

**ORDER**

**IT IS SO ORDERED.**

DATED this 16th day of October, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

042077-000012 12072443.1